**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Evan Robbins Wechsler** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | | |
| Case number (if known) | **21-13756** | | |

☐ Check if this is an amended filing

Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | $ 4,604,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $ 41,412.26 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................... | $ 4,645,412.26 |

**Part 2:   Summarize Your Liabilities**

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 5,688,332.90 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 3,758,561.25 |
| | **Your total liabilities** | $ 9,446,894.15 |

**Part 3:   Summarize Your Income and Expenses**

|  | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................ | $ 19,278.80 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ 27,706.33 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    __Evan Robbins Wechsler__                Case number *(if known)*  __21-13756__

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                          $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Evan Robbins Wechsler** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 21-13756 |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☐ Yes.  Where is the property?

---

**1.1**

**115 Quincy Street**
Street address, if available, or other description

**Chevy Chase       MD       20815-0000**
City                State      ZIP Code

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,404,000.00 | $2,404,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenants by entirety**

☐ Check if this is community property (see instructions)

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    Evan Robbins Wechsler                                      Case number *(if known)*   21-13756

**1.2    If you own or have more than one, list here:**

24 Nameless Lane
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,200,000.00 | $2,200,000.00 |

Chatham          MA     02633
City                State    ZIP Code

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

County

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenants by entierty

☐ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>

$4,604,000.00

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1   Make:    **Jeep**
Model:   **Wrangler**
Year:    **2018**
Approximate mileage:
Other information:

Lease

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

3.2   Make:    **Land Rover**
Model:   **Range Rover**
Year:    **2019**
Approximate mileage:
Other information:

Lease

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

Debtor 1   **Evan Robbins Wechsler**                                    Case number *(if known)*   **21-13756**

3.3   Make:   **Volvo**

Model:   **XC 60 T6 AW**

Year:   **2019**

Approximate mileage:

Other information:

| Lease |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$0.00**     **$0.00**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>

**$0.00**

**Part 3:**   **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| See attached list |     **$15,000.00**

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| See attached list |     **$5,000.00**

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes. Describe.....

| 2 sets of golf clubs, 4 tennis rackets, 1 treadmill, 1 peloton bike, 1 fishing rod, 5 bike cycles |     **$2,500.00**

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Debtor 1  **Evan Robbins Wechsler**                                          Case number *(if known)*  **21-13756**

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| Clothing | $1,500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| 1 submariner rolex watch ($7,500), 1 wedding ring ($400), 1 IWC watch ($3,000) | $10,900.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| Dog | $0.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $34,900.00 |
|---|

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.........................................................................................................

|  | Cash | $500.00 |
|---|---|---|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.....................

Institution name:

| 17.1. | Checking | Bank of America | $1,059.26 |
|---|---|---|---|

| 17.2. | Savings | Bank of America | $1.00 |
|---|---|---|---|

Debtor 1   **Evan Robbins Wechsler**                                    Case number *(if known)*   **21-13756**

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☑ No
   ☐ Yes.................         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☑ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| **FTS Holdings, LLC (forfeited)** | 10 % | $0.00 |
| **1801 East Sherman Avenue, LLC (all assets sold for loss - final 2021 tax return)** | 10 % | $0.00 |
| **Arbor Capital Partners, LLC (not in good standing)** | 15% % | $0.00 |
| **Quantum Equity Partners, LLC (In dissolution with final 2020 tax return)** | 10.3 % | $0.00 |
| **Brooks Advisors, LLC (in dissolution awating final 2020 tax return)** | 99 % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☑ No
   ☐ Yes. Give specific information about them
            Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☑ No
   ☐ Yes. List each account separately.
            Type of account:         Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ☑ Yes. .....................         Institution name or individual:

| **Security deposit** | **Stephen M. Harner and Annie L. Harner** | $4,950.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☑ No
   ☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☑ No
   ☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ☑ No
   ☐ Yes.  Give specific information about them...

Debtor 1    **Evan Robbins Wechsler**                                    Case number *(if known)*   21-13756

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **MassMutual term life insurance policy** | **Marisa Wechsler** | $1.00 |
| **Mass Mutual term life insurance policy** | **Marisa Wechsler** | $1.00 |
| **Elephant (auto insurance) -  2019 Volvo XC 60** | **Evan and Marisa Wechsler** | $0.00 |
| **Travelers (auto insurance) - 2018 Jeep Wrangler** | **Evan Wechsler** | $0.00 |
| **Erie (homeowners insurance)** | **Evan and Marisa Wechsler** | $0.00 |
| **United Healthcare - health insurance** | **Marisa Wechsler and minor children** | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | Evan Robbins Wechsler | Case number *(if known)* | 21-13756 |
| --- | --- | --- | --- |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
- ■ No
- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

|  |  |
| --- | --- |
|  | $6,512.26 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.** List any real estate in Part 1. |
| --- | --- |

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes.  Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................

|  |  |
| --- | --- |
|  | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

| | | |
| --- | --- | --- |
| 55. | Part 1: Total real estate, line 2 .................................................................................... | $4,604,000.00 |
| 56. | Part 2: Total vehicles, line 5 | $0.00 |
| 57. | Part 3: Total personal and household items, line 15 | $34,900.00 |
| 58. | Part 4: Total financial assets, line 36 | $6,512.26 |
| 59. | Part 5: Total business-related property, line 45 | $0.00 |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 |
| 61. | Part 7: Total other property not listed, line 54                    + | $0.00 |

| | | | |
| --- | --- | --- | --- |
| 62. | Total personal property. Add lines 56 through 61... | $41,412.26 | Copy personal property total      $41,412.26 |

63. **Total of all property on Schedule A/B. Add line 55 + line 62**

|  |  |
| --- | --- |
|  | $4,645,412.26 |

Debtor 1    **Evan Robbins Wechsler**                                        Case number *(if known)*    **21-13756**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Evan Robbins Wechsler** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 21-13756 |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **115 Quincy Street Chevy Chase, MD 20815**<br>Line from *Schedule A/B*: **1.1** | $2,404,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) Except as to joint creditors** |
| **24 Nameless Lane Chatham, MA 02633**<br>Line from *Schedule A/B*: **1.2** | $2,200,000.00 | ■ $695,984.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) Except as to joint creditors** |
| **See attached list**<br>Line from *Schedule A/B*: **6.1** | $15,000.00 | ■ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) Except as to joint creditors** |
| **See attached list**<br>Line from *Schedule A/B*: **7.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) Except as to joint creditors** |
| **2 sets of golf clubs, 4 tennis rackets, 1 treadmill, 1 peloton bike, 1 fishing rod, 5 bike cycles**<br>Line from *Schedule A/B*: **9.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) Except as to joint creditors** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **Evan Robbins Wechsler**                                           Case number (if known)   **21-13756**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | **$1,500.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| **1 submariner rolex watch ($7,500), 1 wedding ring ($400), 1 IWC watch ($3,000)**<br>Line from *Schedule A/B*: **12.1** | **$10,900.00** | ■ **$6,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| **1 submariner rolex watch ($7,500), 1 wedding ring ($400), 1 IWC watch ($3,000)**<br>Line from *Schedule A/B*: **12.1** | **$10,900.00** | ■ **$4,900.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(1)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | **$500.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) Except as to joint creditors** |
| **Checking: Bank of America**<br>Line from *Schedule A/B*: **17.1** | **$1,059.26** | ■ **$1,059.26**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(b)(3)(B) Except as to joint creditors** |
| **MassMutual term life insurance policy**<br>**Beneficiary: Marisa Wechsler**<br>Line from *Schedule A/B*: **31.1** | **$1.00** | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Ins. § 16-111(a)** |
| **Mass Mutual term life insurance policy**<br>**Beneficiary: Marisa Wechsler**<br>Line from *Schedule A/B*: **31.2** | **$1.00** | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Ins. § 16-111(a)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No

    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    　　☐  No

    　　☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Evan Robbins Wechsler** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | 21-13756 |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | **Branch Banking and Trust Company** | Describe the property that secures the claim: | $1,250,000.00 | $1.00 | $1,249,999.00 |
|---|---|---|---|---|---|

Creditor's Name

**200 West Second Street
Winston Salem, NC
27101-4019**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> Mass Mutual term life insurance policy
> Beneficiary: Marisa Wechsler

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____    Last 4 digits of account number _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Evan Robbins Wechsler**

First Name ___ Middle Name ___ Last Name

Case number (if known)  **21-13756**

| 2.2 | **Cape Cod Five Savings Bank** | | $1,504,016.00 | $2,200,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**24 Nameless Lane Chatham, MA 02633**

**P.O. Box 2760**
**Orleans, MA 02653**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **08/1/2017**   Last 4 digits of account number  **7699**

---

| 2.3 | **Carrington Mortgage Services LLC** | | $1,424,554.00 | $2,404,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**115 Quincy Street Chevy Chase, MD 20815**

**P.O. Box 3010**
**Anaheim, CA 92803**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **04/9/2018**   Last 4 digits of account number  **8809**

---

| 2.4 | **Comptroller of Maryland** | | $37,676.45 | $2,404,000.00 | $0.00 |

Creditor's Name

**Bankruptcy Unit**
**301 W. Preston Street, Room 409**
**Baltimore, MD 21201-2396**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**115 Quincy Street Chevy Chase, MD 20815**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  _____   Last 4 digits of account number  _____

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 **Evan Robbins Wechsler**
    First Name      Middle Name      Last Name

Case number (if known) **21-13756**

---

| 2.5 | **Comptroller of Maryland** | | | |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Unit
301 W. Preston Street,
Room 409
Baltimore, MD
21201-2396**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**     **$19,236.00**    **$2,404,000.00**    **$19,236.00**

**115 Quincy Street Chevy Chase, MD
20815**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** _____

---

| 2.6 | **Comptroller of Maryland** | | | |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Unit
301 W. Preston Street,
Room 409
Baltimore, MD
21201-2396**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**     **$24,167.34**    **$2,404,000.00**    **$24,167.34**

**115 Quincy Street Chevy Chase, MD
20815**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** _____

---

| 2.7 | **EagleBank** | | | |
|---|---|---|---|---|

Creditor's Name

**Bethesda Main Branch
7815 Woodmont Avenue
Bethesda, MD 20814**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**     **$445,599.11**    **$0.00**    **$445,599.11**

**Arbor Capital Partners, LLC (not in
good standing)
15%**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** _____

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 6

Debtor 1  **Evan Robbins Wechsler**

     First Name      Middle Name      Last Name

Case number (if known)  **21-13756**

| 2.8 | **Internal Revenue Service** | | $133,084.00 | $2,404,000.00 | $41,314.45 |
|---|---|---|---|---|---|

Creditor's Name

**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**115 Quincy Street Chevy Chase, MD 20815**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Last 4 digits of account number _____

| 2.9 | **TFB Holdings, LLC fka TTD Holdings, LLC** | | $850,000.00 | $2,404,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**6720 North Scottsdale Road**
**Suite 305**
**Paradise Valley, AZ 85253**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**115 Quincy Street Chevy Chase, MD 20815**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  **04/9/2018**

Last 4 digits of account number _____

| 2.10 | **TFB Holdings, LLC fka TTD Holdings, LLC** | | $0.00 | $2,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**6720 North Scottsdale Road**
**Suite 305**
**Paradise Valley, AZ 85253**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**24 Nameless Lane Chatham, MA 02633**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☑ Other (including a right to offset)  **Cross collateralized with 115 Quincy Street**

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

Last 4 digits of account number _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Evan Robbins Wechsler**

First Name          Middle Name          Last Name

Case number (if known)  **21-13756**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$5,688,332.90** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$5,688,332.90** |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**Andrew J. Soven
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Cape Cod 5 Ct Savings Bank
20 West Road
Orleans, MA 02653**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Carrington Mortgage Se
15 Enterprise St
Aliso Viejo, CA 92656**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD 20850**

On which line in Part 1 did you enter the creditor?  **2.10**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Jesse Redlener
Ascendant Law Group, LLC
204 Andover Street, Suite 401
Andover, MA 01810**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Jesse Redlener
Ascendant Law Group, LLC
204 Andover Street, Suite 401
Andover, MA 01810**

On which line in Part 1 did you enter the creditor?  **2.10**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Keith R. Galbut
Galbut Beabeau, P.C.
6720 N. Scottsdale Road, Suite 305
Paradise Valley, AZ 85253**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number ___

Debtor 1  **Evan Robbins Wechsler**

First Name   Middle Name   Last Name

Case number (if known)   **21-13756**

[ ]   Name, Number, Street, City, State & Zip Code
**Keith R. Galbut**
**Galbut Beabeau, P.C.**
**6720 N. Scottsdale Road, Suite 305**
**Paradise Valley, AZ 85253**

On which line in Part 1 did you enter the creditor?   **2.10**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Raymond C. Pelote**
**Wynn & Wynn, P.C.**
**90 New State Highway**
**Raynham, MA 02767**

On which line in Part 1 did you enter the creditor?   **2.9**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Raymond C. Pelote**
**Wynn & Wynn, P.C.**
**90 New State Highway**
**Raynham, MA 02767**

On which line in Part 1 did you enter the creditor?   **2.10**

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Evan Robbins Wechsler** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 21-13756 |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Pennsylvania Department of Revenue** Priority Creditor's Name **Bankruptcy Division P.O. Box 280946 Harrisburg, PA 17128-0946** Number Street City State Zip Code | Last 4 digits of account number ____ ____ ____ ____ When was the debt incurred? _____ | Unknown | Unknown | Unknown |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
  **F.T. Silfies, Inc. employment taxes**

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☐ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

Debtor 1  **Evan Robbins Wechsler**                    Case number (if known)  **21-13756**

---

**4.1**  **Ain & Bank, P.C.**                          Last 4 digits of account number  **5876**                    **$2,471.00**

Nonpriority Creditor's Name

**Attn: Perry Choren**                               When was the debt incurred?
**1900 M Street, N.W., Suite 1600**
**Washington, DC 20036**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

☐ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community          ☐ Student loans
debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify  **Legal services**

---

**4.2**  **American Express National Bank**           Last 4 digits of account number  **3113**                    **$56,022.12**

Nonpriority Creditor's Name

**115 W. Towne Ridge Parkway**                       When was the debt incurred?    **Opened 07/17  Last Active**
**Sandy, UT 84070**                                                                 **10/31/19**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community          ☐ Student loans
debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify  **Business working capital line of credit**

---

**4.3**  **American Express National Bank**           Last 4 digits of account number  **6693**                    **$41,424.00**

Nonpriority Creditor's Name

**115 W. Towne Ridge Parkway**                       When was the debt incurred?
**Sandy, UT 84070**

Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community          ☐ Student loans
debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify  **Business credit card**

---

Debtor 1  **Evan Robbins Wechsler**                                    Case number (if known)     **21-13756**

---

| 4.4 | **Barclays Bank Delaware** | Last 4 digits of account number | **4732** | | **$2,604.00** |

Nonpriority Creditor's Name

**P.O. Box 8803**
**Wilmington, DE 19899**

When was the debt incurred?   **Opened 05/18  Last Active 5/21/21**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community debt**    ☐ Student loans
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                   ■ Other. Specify   **Credit Card**

---

| 4.5 | **BB&T Recovery Department** | Last 4 digits of account number | **9004** | | **$14,076.34** |

Nonpriority Creditor's Name

**P.O. Box 580393**
**Charlotte, NC 28258**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community debt**    ☐ Student loans
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                   ■ Other. Specify   **Short sale from 4/12/10**

---

| 4.6 | **BMW** | Last 4 digits of account number | **1783** | | **$16,030.53** |

Nonpriority Creditor's Name

**P.O. Box 790408**
**St Louis, MO 63179**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                         ☐ Contingent
☐ Debtor 2 only                         ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only            ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community debt**    ☐ Student loans
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                   ■ Other. Specify   **Credit card**

---

| Debtor 1 | **Evan Robbins Wechsler** | Case number (if known) | **21-13756** |
|---|---|---|---|

---

| 4.7 | **Capital One Bank USA, N.A.** | Last 4 digits of account number | **0598** | **$19,409.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 31293**
**Salt Lake City, UT 84131**

When was the debt incurred? **Opened 10/06  Last Active 8/28/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

| 4.8 | **Chase** | Last 4 digits of account number | **4627** | **$8,198.68** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card**

---

| 4.9 | **Citi** | Last 4 digits of account number | **7108** | **$38,605.96** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 9001037**
**Louisville, KY 40290**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card**

---

Debtor 1  **Evan Robbins Wechsler**                                      Case number (if known)   **21-13756**

---

**4.10**

**David B. Madoff**

Nonpriority Creditor's Name

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxboro, MA 02035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____            **$5,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Legal services**

---

**4.11**

**David L. Gardner, MD**

Nonpriority Creditor's Name

**2015 R Street, NW, #101**
**Washington, DC 20009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____            **$5,990.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical**

---

**4.12**

**David V. Joubran**

Nonpriority Creditor's Name

**2454 39th Street, N.W.**
**Washington, DC 20007**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____            **$1,029,622.16**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business loan**

---

Debtor 1  **Evan Robbins Wechsler**

Case number (if known)  **21-13756**

---

**4.1 3**

**Discover**
Nonpriority Creditor's Name
**P.O. Box 70176**
**Philadelphia, PA 19176**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number   **6437**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card**

**$16,162.94**

---

**4.1 4**

**EagleBank**
Nonpriority Creditor's Name
**Attn: Jodee Lichtenstein**
**6010 Executive Blvd., Suite 800**
**Rockville, MD 20852**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Personal guaranty of business loan**

**$2,300,000.00**

---

**4.1 5**

**Elan Financial Service**
Nonpriority Creditor's Name

**Cb Disputes**
**Saint Louis, MO 63166**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number   **1783**

When was the debt incurred?   **Opened 04/07  Last Active 03/21**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

**$14,908.00**

---

Debtor 1  **Evan Robbins Wechsler**

Case number (if known)  **21-13756**

---

**4.16**

**Eversource**
Nonpriority Creditor's Name
**P.O. Box 56007**
**Boston, MA 02205**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0035**                                    **$1,672.03**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Electric bill**

---

**4.17**

**Harborone Bank**
Nonpriority Creditor's Name

**770 Oak Street**
**Brockton, MA 02301**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **6163**                                    **$35,929.00**

**When was the debt incurred?**    **Opened 06/18  Last Active 01/21**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lease of 2018 Jeep Wrangler**

---

**4.18**

**JPMCB Auto**
Nonpriority Creditor's Name
**P.O. Box 901003**
**Fort Worth, TX 76101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____                              **$14,218.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lease of 2019 Range Rover Land Rover**

---

Debtor 1  **Evan Robbins Wechsler**                                    Case number (if known)  **21-13756**

| 4.19 | **JPMCB Card** | | **Last 4 digits of account number**  **4627** | **$8,198.00** |

Nonpriority Creditor's Name
**P.O. Box 15369**
**Wilmington, DE 19850**

**When was the debt incurred?**  **Opened 12/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Credit card**

---

| 4.20 | **Nader Momeni** | | **Last 4 digits of account number**  _____ | **$114,620.00** |

Nonpriority Creditor's Name
**5101 River Road, Apt. 1001**
**Bethesda, MD 20816**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Real estate purchase**

---

| 4.21 | **Pepco** | | **Last 4 digits of account number**  _____ | **$1,061.50** |

Nonpriority Creditor's Name
**P.O. Box 13608**
**Philadelphia, PA 19101**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify  **Utilities**

---

Debtor 1   **Evan Robbins Wechsler**                                      Case number (if known)   **21-13756**

---

| 4.2 2 | **Stephen and Annie Harner** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5906 Walhonding Road**
**Bethesda, MD 20816**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lease of residential real property**

---

| 4.2 3 | **Struck Love Boianowski & Acedo, PLC** | Last 4 digits of account number | 7213 | **$2,121.99** |

Nonpriority Creditor's Name

**3100 West Ray Road**
**Suite 300**
**Chandler, AZ 85226**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal fees**

---

| 4.2 4 | **Venmo** | Last 4 digits of account number | **$1,000.00** |

Nonpriority Creditor's Name

**P.O. Box 45950**
**Omaha, NE 68145-0950**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1  **Evan Robbins Wechsler**                                     Case number (if known)    **21-13756**

| 4.2 5 | | | |
|---|---|---|---|

**Volvo Car Financial Services**

Nonpriority Creditor's Name

**1 Volvo Drive**
**Rockleigh, NJ 07647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **4260**                      **$9,216.00**

**When was the debt incurred?**    **04/29/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Lease of 2019 Volvo XC60 T6 AW**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Amex**
**P.O. Box 981537**
**El Paso, TX 79998**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Carl E. Zapffe**
**Zwicker & Associates, P.C.**
**1551 South Washington Ave., Suite 404**
**Piscataway, NJ 08854**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citicards CBNA**
**P.O. Box 6217**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover Financial Services, LLC**
**P.O. Box 15316**
**Wilmington, DE 19850**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Jetblue**
**P.O. Box 13337**
**Philadelphia, PA 19101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Land Rover Financial Group**
**P.O. Box 78058**
**Phoenix, AZ 85062-8058**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Nationwide Credit, Inc.**
**P.O. Box15130**
**Wilmington, DE 19850-5130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5418**

---

| Debtor 1 | Evan Robbins Wechsler | | Case number (if known) | 21-13756 |
|---|---|---|---|---|

---

**Name and Address**
**Nationwide Credit, Inc.**
**P.O. Box 15130**
**Wilmington, DE 19850-5130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Randall J. Borden**
**Randall J. Borden, P.C.**
**10627 Jones Street, Suite 201A**
**Fairfax, VA 22030**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**Stephen J. O'Connor**
**Tobin, O'Connor & Ewing**
**5335 Wisconsin Avenue, N.W.**
**Suite 700**
**Washington, DC 20015**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**U.S. Small Business Administration**
**Baltimore District Office**
**100 S. Charles Street, Suite 1201**
**Baltimore, MD 21201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**VCFS Auto Leasing Company**
**c/o Volvo Car Financial Sevices U.S.**
**P.O. Box 91300**
**Mobile, AL 36691-1300**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Name and Address**
**VCFS Auto Leasing Company**
**Serviced by Volvo Car Financal**
**Services**
**P.O. Box 71102**
**Charlotte, NC 28272-1102**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 3,758,561.25 |

---

Debtor 1   **Evan Robbins Wechsler**

Case number (if known)   21-13756

6j.   **Total Nonpriority.** Add lines 6f through 6i.

6j.   $ _____ 3,758,561.25

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Evan Robbins Wechsler** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | | |
| Case number (if known) | 21-13756 | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Harborone Bank**<br>**770 Oak St**<br>**Brockton, MA 02301** | **Lease of 2018 Jeep Wrangler** |
| 2.2 | **Land Rover Financial Group**<br>**P.O. Box 78058**<br>**Phoenix, AZ 85062-8058** | **36 month lease of 2019 Land Rover Range Rover**<br>**$2,259.84/mo. - past due $4,519.68 - Matures 10/31/21** |
| 2.3 | **Stephen and Annie Harner**<br>**5906 Walhonding Road**<br>**Bethesda, MD 20816** | **Lease of residential real property** |
| 2.4 | **Volvo Car Financial Services**<br>**1 Volvo Drive**<br>**Rockleigh, NJ 07647** | **36 month lease of 2019 Volvo XC 60 T6 - $616/mo. (past**<br>**due $3,053.96)** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Evan Robbins Wechsler** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **21-13756** |
| (if known) | |

☐ Check if this is an
  amended filing

Official Form 106H
**Schedule H: Your Codebtors** 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1  **Arlene R. Wechsler**<br>**4830 Montgomery Lane**<br>**Bethesda, MD 20814** | ■ Schedule D, line __2.7__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**EagleBank** |
| 3.2  **Arlene R. Wechsler**<br>**4830 Montgomery Lane**<br>**Bethesda, MD 20814** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**EagleBank** |
| 3.3  **Barry Slevin**<br>**4830 Montgomery Lane**<br>**Bethesda, MD 20814** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Stephen and Annie Harner** |

Debtor 1  **Evan Robbins Wechsler**                                                                Case number *(if known)*   **21-13756**

| | | |
|---|---|---|
| ■ | **Additional Page to List More Codebtors** | |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.4  **Charles M. Citrin**
**393 North Point Road, Apt. 1002**
**Osprey, FL 34229**

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**EagleBank**

3.5  **Christopher Frank Silfies**
**10603 Allentown Blvd.**
**Ono, PA 17077**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**EagleBank**

3.6  **David A. Wechsler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**EagleBank**

3.7  **David A. Wechsler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**David V. Joubran**

3.8  **David A. Wechsler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Branch Banking and Trust Company**

3.9  **David A. Wechsler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**EagleBank**

3.10  **F.T. Silfies, Inc.**
**Attn: David Wechler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Branch Banking and Trust Company**

3.11  **F.T. Silfies, Inc.**
**Attn: David Wechsler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

☐ Schedule D, line _____
■ Schedule E/F, line __2.1__
☐ Schedule G _____
**Pennsylvania Department of Revenue**

Debtor 1   **Evan Robbins Wechsler**                                    Case number *(if known)*   **21-13756**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.12   **F.T. Silfies, Inc.**
**Attn: David Wechsler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.14**
☐ Schedule G _____
**EagleBank**

3.13   **J.P. Donmoyer, Inc.**
**Attn: David Wechsler**
**7315 Wisconsin Avenue, Suite 800W**
**Bethesda, MD 20814**

■ Schedule D, line    **2.1**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Branch Banking and Trust Company**

3.14   **Linda O. Carducci**
**638 Seneca Road**
**Great Falls, VA 22066**

■ Schedule D, line    **2.7**
☐ Schedule E/F, line _____
☐ Schedule G _____
**EagleBank**

3.15   **Marisa Wechsler**
**115 Quincy Street**
**Chevy Chase, MD 20815**

■ Schedule D, line    **2.2**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Cape Cod Five Savings Bank**

3.16   **Marisa Wechsler**
**115 Quincy Street**
**Chevy Chase, MD 20815**

■ Schedule D, line    **2.3**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Carrington Mortgage Services LLC**

3.17   **Marisa Wechsler**
**115 Quincy Street**
**Chevy Chase, MD 20815**

■ Schedule D, line    **2.9**
☐ Schedule E/F, line _____
☐ Schedule G _____
**TFB Holdings, LLC fka TTD Holdings, LLC**

3.18   **Marisa Wechsler**
**115 Quincy Street**
**Chevy Chase, MD 20815**

■ Schedule D, line    **2.10**
☐ Schedule E/F, line _____
☐ Schedule G _____
**TFB Holdings, LLC fka TTD Holdings, LLC**

3.19   **Marisa Wechsler**
**115 Quincy Street**
**Chevy Chase, MD 20815**

■ Schedule D, line    **2.7**
☐ Schedule E/F, line _____
☐ Schedule G _____
**EagleBank**

Debtor 1   **Evan Robbins Wechsler** _____   Case number *(if known)*   **21-13756**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.20 **Marisa Wechsler**<br>**115 Quincy Street**<br>**Chevy Chase, MD 20815** | ■ Schedule D, line __**2.4**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Comptroller of Maryland** |
| 3.21 **Marisa Wechsler**<br>**115 Quincy Street**<br>**Chevy Chase, MD 20815** | ■ Schedule D, line __**2.5**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Comptroller of Maryland** |
| 3.22 **Marisa Wechsler**<br>**115 Quincy Street**<br>**Chevy Chase, MD 20815** | ■ Schedule D, line __**2.8**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.23 **Marisa Wechsler**<br>**115 Quincy Street**<br>**Chevy Chase, MD 20815** | ■ Schedule D, line __**2.6**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Comptroller of Maryland** |
| 3.24 **Marisa Wechsler**<br>**115 Quincy Street**<br>**Chevy Chase, MD 20815** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.18**__<br>☐ Schedule G _____<br>**JPMCB Auto** |
| 3.25 **Nancy E. Fried**<br>**25 Long Bow Circle**<br>**Monument, CO 80132** | ■ Schedule D, line __**2.7**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**EagleBank** |
| 3.26 **Ono Transportation Services, Inc.**<br>**Attn: David Wechsler**<br>**7315 Wisconsin Avenue, Suite 800W**<br>**Bethesda, MD 20814** | ■ Schedule D, line __**2.1**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Branch Banking and Trust Company** |
| 3.27 **Price Trucking, Inc.**<br>**Attn: David Wechsler**<br>**7315 Wisconsin Avenue, Suite 800W**<br>**Bethesda, MD 20814** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**EagleBank** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Evan Robbins Wechsler**                                        Case number *(if known)*  **21-13756**

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28 **Quantum Transportation**<br>**Attn: David Wechsler**<br>**7315 Wisconsin Avenue, Suite 800W**<br>**Bethesda, MD 20814** | ▮ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Branch Banking and Trust Company** |
| 3.29 **Richard D. Fried**<br>**25 Long Bow Circle**<br>**Monument, CO 80132** | ▮ Schedule D, line __2.7__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**EagleBank** |
| 3.30 **Sharon R. Blumenfeld**<br>**915 White Pine Place**<br>**Potomac, MD 20854** | ▮ Schedule D, line __2.7__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**EagleBank** |
| 3.31 **Steven M. Blumenfeld**<br>**915 White Pine Place**<br>**Potomac, MD 20854-1000** | ▮ Schedule D, line __2.7__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**EagleBank** |
| 3.32 **Wechsler, LLC**<br>**7315 Wisconsin Avenue, Suite 800W**<br>**Bethesda, MD 20814** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**American Express National Bank** |
| 3.33 **Wechsler, LLC**<br>**7315 Wisconsin Avenue, Suite 800W**<br>**Bethesda, MD 20814** | ▮ Schedule D, line __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Branch Banking and Trust Company** |
| 3.34 **Wechsler, LLC**<br>**7315 Wisconsin Avenue, Suite 800W**<br>**Bethesda, MD 20814** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**American Express National Bank** |
| 3.35 **Barry Slevin**<br>**4830 Montgomery Lane**<br>**Bethesda, MD 20814** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>▮ Schedule G __2.3__<br>**Stephen and Annie Harner** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Evan Robbins Wechsler** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (If known) | **21-13756** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | | **President** | |
| Employer's name | | **Havit Advertising, Inc.** | |
| Employer's address | | **3811 N Fairfax Drive**<br>**Suite 710**<br>**Arlington, VA 22203** | |
| How long employed there? | | **1 Years, 10 Months** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 16,666.66 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 16,666.66 | $ 0.00 |

Debtor 1  **Evan Robbins Wechsler**                                    Case number (*if known*)  **21-13756**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **16,666.66** | $   **0.00** |

5.  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $  **4,765.34** | $  **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $  **0.00** | $  **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $  **0.00** | $  **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $  **0.00** | $  **0.00** |
| 5e. | **Insurance** | 5e. | $  **122.52** | $  **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $  **0.00** | $  **0.00** |
| 5g. | **Union dues** | 5g. | $  **0.00** | $  **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $  **0.00** | + $  **0.00** |

6.  **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $  **4,887.86**   $  **0.00**

7.  **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   7.   $  **11,778.80**   $  **0.00**

8.  **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $  **7,500.00** | $  **0.00** |
| 8b. | **Interest and dividends** | 8b. | $  **0.00** | $  **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $  **0.00** | $  **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $  **0.00** | $  **0.00** |
| 8e. | **Social Security** | 8e. | $  **0.00** | $  **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $  **0.00** | $  **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $  **0.00** | $  **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $  **0.00** | + $  **0.00** |

9.  **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $  **7,500.00**   $  **0.00**

10. **Calculate monthly income.**  Add line 7 + line 9.   10.   $  **19,278.80**  + $  **0.00**  = $  **19,278.80**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:                                                              11.  +$  **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.   $  **19,278.80**

                                                                              **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 __Evan Robbins Wechsler__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number __21-13756__
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　☐ No
   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**　☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 4 | ☐ No  ■ Yes |
   | Daughter | 8 | ☐ No  ■ Yes |
   | Son | 12 | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.　4. $ _____8,114.00

   **If not included in line 4:**

   4a. Real estate taxes　4a. $ _____0.00
   4b. Property, homeowner's, or renter's insurance　4b. $ _____175.00
   4c. Home maintenance, repair, and upkeep expenses　4c. $ _____250.00
   4d. Homeowner's association or condominium dues　4d. $ _____0.00
5. Additional mortgage payments for your residence, such as home equity loans　5. $ _____0.00

| Debtor 1 | Evan Robbins Wechsler | | | Case number (if known) | 21-13756 |
|---|---|---|---|---|---|

| 6. | **Utilities:** | | | |
|---|---|---|---|---|
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 423.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 741.00 |
| | 6d. | Other. Specify: **Pepco** | 6d. | $ | 300.00 |
| | | **WSSC** | | $ | 123.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 2,440.88 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 500.00 |
| 10. | **Personal care products and services** | | 10. | $ | 500.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 835.42 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 500.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 300.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $ | 218.33 |
| | 15b. | Health insurance | 15b. | $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 250.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 2,259.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 577.78 |
| | 17c. | Other. Specify: | 17c. | $ | 0.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 7,323.92 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 175.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 400.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | | 21. | +$ | 0.00 |

| 22. | **Calculate your monthly expenses** | | |
|---|---|---|---|
| | 22a. Add lines 4 through 21. | $ | 27,706.33 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 27,706.33 |

| 23. | **Calculate your monthly net income.** | | |
|---|---|---|---|
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 19,278.80 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 27,706.33 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -8,427.53 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Evan Robbins Wechsler** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number | **21-13756** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Evan Robbins Wechsler**      X _____

**Evan Robbins Wechsler**              Signature of Debtor 2
Signature of Debtor 1

Date   **July  2, 2021**         Date _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Evan Wechsler**
**Property Listing**

| Item | Joint/ Personal | Location |
|---|---|---|
| 40 " television | Joint | Chevy Chase Home |
| queen size bed | Joint | Chevy Chase Home |
| pottery barn desk | Joint | Chevy Chase Home |
| drawer for clothing | Joint | Chevy Chase Home |
| washer/dryer | Joint | Chevy Chase Home |
| 50" television | Joint | Chevy Chase Home |
| Kids toys and stuff animal | Joint | Chevy Chase Home |
| L shaped couch | Joint | Chevy Chase Home |
| coffee table | Joint | Chevy Chase Home |
| book shelf 4 shelves (2) | Joint | Chevy Chase Home |
| Love seat with odomen | Joint | Chevy Chase Home |
| dining room table with 10 | Joint | Chevy Chase Home |
| circular mirror | Joint | Chevy Chase Home |
| framed picture created by | Joint | Chevy Chase Home |
| round kitchen table with | Joint | Chevy Chase Home |
| 3 bench stools for island | Joint | Chevy Chase Home |
| L shaped couch | Joint | Chevy Chase Home |
| coffee table | Joint | Chevy Chase Home |
| 42" television | Joint | Chevy Chase Home |
| apple tv | Joint | Chevy Chase Home |
| coffee table | Joint | Chevy Chase Home |
| throw rug | Joint | Chevy Chase Home |
| 3 seat white/wicker coach | Joint | Chevy Chase Home |
| cabinet in living room | Joint | Chevy Chase Home |
| cabinet in dining room | Joint | Chevy Chase Home |
| eletric piano | Joint | Chevy Chase Home |
| 2 chairs | Joint | Chevy Chase Home |
| coffee table | Joint | Chevy Chase Home |
| 50" television | Joint | Chevy Chase Home |
| dishes, cutlery | Joint | Chevy Chase Home |
| Queen size bed (2) | Joint | Chevy Chase Home |
| Crib | Joint | Chevy Chase Home |
| Single bed | Joint | Chevy Chase Home |
| changing table | Joint | Chevy Chase Home |
| rocking chair | Joint | Chevy Chase Home |
| kids desks (2) | Joint | Chevy Chase Home |
| kids drawers for clothes | Joint | Chevy Chase Home |
| kids room end tables (4) | Joint | Chevy Chase Home |
| washer/dryer | Joint | Chevy Chase Home |
| king size bed | Joint | Chevy Chase Home |
| 42 " television | Joint | Chevy Chase Home |
| 2 sofa chairs | Joint | Chevy Chase Home |
| bench at end of bed | Joint | Chevy Chase Home |
| glass desk with 2 chairs | Joint | Chevy Chase Home |
| mirror | Joint | Chevy Chase Home |
| Armoire | Joint | Chevy Chase Home |
| Clothes cabinet | Joint | Chevy Chase Home |
| L shaped sofa | Joint | Chevy Chase Home |
| 45 " television | Joint | Chevy Chase Home |
| playstation | Joint | Chevy Chase Home |
| Wall sized open cabinet | Joint | Chevy Chase Home |
| round glass table with 4 c | Joint | Chevy Chase Home |
| Weber Grill | Joint | Chevy Chase Home |

| | | |
|---|---|---|
| Lacrosse goal | Joint | Chevy Chase Home |
| basketball hoop | Joint | Chevy Chase Home |
| throw rug - living room | Joint | Chevy Chase Home |
| 2 dog beds | Joint | Chevy Chase Home |
| toaster | Joint | Chevy Chase Home |
| coffee machine | Joint | Chevy Chase Home |
| air grill | Joint | Chevy Chase Home |
| vacum cleaner | Joint | Chevy Chase Home |
| mens clothes | personal | Chevy Chase Home |
| mens shoes | personal | Chevy Chase Home |
| golf clubs | personal | Chevy Chase Home |
| pots/pans | Joint | Chevy Chase Home |
| 2 end tables master bed | Joint | Chevy Chase Home |
| yellow coach chair | Joint | Chevy Chase Home |
| circular end table | Joint | Chevy Chase Home |
| decorative table next to c | Joint | Chevy Chase Home |
| printer | Joint | Chevy Chase Home |
| | | |
| table at entry for keys | Joint | Chatham MA Home |
| desk | Joint | Chatham MA Home |
| book shelf | Joint | Chatham MA Home |
| 2 person couch | Joint | Chatham MA Home |
| throw rug | Joint | Chatham MA Home |
| coffee table | Joint | Chatham MA Home |
| 6 shelf book shelf | Joint | Chatham MA Home |
| desk lamp | Joint | Chatham MA Home |
| dishes, cutlery | Joint | Chatham MA Home |
| 40 " television | Joint | Chatham MA Home |
| small media cabinet | Joint | Chatham MA Home |
| large throw rug | Joint | Chatham MA Home |
| 2 spinning couch chairs w | Joint | Chatham MA Home |
| coffee table | Joint | Chatham MA Home |
| large media cabinet | Joint | Chatham MA Home |
| 45 " television | Joint | Chatham MA Home |
| sonos system | Joint | Chatham MA Home |
| rectangle kitchen table | Joint | Chatham MA Home |
| bench for kitchen table | Joint | Chatham MA Home |
| 4 chairs for kitchen table | Joint | Chatham MA Home |
| 4 stool for island | Joint | Chatham MA Home |
| coffee machine | Joint | Chatham MA Home |
| toaster | Joint | Chatham MA Home |
| pots/pans | Joint | Chatham MA Home |
| fish tail picture | Joint | Chatham MA Home |
| queen size bed | Joint | Chatham MA Home |
| clothes cabinet | Joint | Chatham MA Home |
| end tables basement bed | Joint | Chatham MA Home |
| 3 seat couch | Joint | Chatham MA Home |
| bean bag chairs (2) | Joint | Chatham MA Home |
| American flag painted on | Joint | Chatham MA Home |
| media cabinet | Joint | Chatham MA Home |
| 45 " television | Joint | Chatham MA Home |
| kids art table with 2 benc | Joint | Chatham MA Home |
| King size bed | Joint | Chatham MA Home |
| 42 " television | Joint | Chatham MA Home |
| clothes cabinet 3 drawers | Joint | Chatham MA Home |
| clothes cabinet 1 drawer | Joint | Chatham MA Home |
| end tables master (2) | Joint | Chatham MA Home |
| throw rug | Joint | Chatham MA Home |
| end table lamp (2) | Joint | Chatham MA Home |

| | | |
|---|---|---|
| oyster shell mirror | Joint | Chatham MA Home |
| kids bunk bed | Joint | Chatham MA Home |
| trundle bed under bunk b | Joint | Chatham MA Home |
| 2 drawer across cabinet f | Joint | Chatham MA Home |
| wooden mirmaid cutout | Joint | Chatham MA Home |
| rocking chair | Joint | Chatham MA Home |
| throw rug | Joint | Chatham MA Home |
| queen size bed | Joint | Chatham MA Home |
| end tables (2) | Joint | Chatham MA Home |
| cabinet for clothes | Joint | Chatham MA Home |
| couch chair | Joint | Chatham MA Home |
| crib | Joint | Chatham MA Home |